# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| ILIFE TECHNOLOGIES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-cv-5155-M |
| | § | |
| ONASSET INTELLIGENCE, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines Pending Finalization of Settlement [Docket Entry #54], filed by the parties. The Motion is **GRANTED**. All deadlines in this action are stayed until December 27, 2013. The technology tutorial scheduled for December 23, 2013 and the claim construction hearing scheduled for January 6, 2014 are **CANCELLED**. In the event that dismissal papers are not filed by December 27, 2013, the Court will issue a Second Amended Patent Scheduling Order resetting the technology tutorial, the claim construction hearing, and other dates as needed.

**SO ORDERED**.

December 18, 2013.

_____
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**